794                     September 5, 2024                     No. 639

*This is a nonprecedential memorandum opinion pursuant to ORAP 10.30 and may not be cited except as provided in ORAP 10.30(1).*

IN THE COURT OF APPEALS OF THE
STATE OF OREGON

Jason R. HARRIS,
*Plaintiff-Appellant,*

*v.*

CITY OF PORTLAND,
an Oregon municipal corporation,
*Defendant-Respondent.*

Multnomah County Circuit Court
22CV20856; A180819

Chanpone P. Sinlapasai, Judge.

Argued and submitted July 31, 2024.

Willard E. Merkel argued the cause for appellant. Also on the briefs was Merkel & Conner, LLC.

Elsa Haag argued the cause and filed the brief for respondent.

Before Ortega, Presiding Judge, Powers, Judge, and Hellman, Judge.

ORTEGA, P. J.

Affirmed. *Mouton v. TriMet*, 331 Or App 247, 546 P3d 1 (2024).